NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Joshua Briones, Esq. (SBN: 205293)
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
2029 Century Park East, Suite 1370
Los Angeles, CA 90067
Phone: 310-586-3200 / Fax: 310-586-3202
Email: jbriones@mintz.com

ATTORNEY(S) FOR: DENT-A-MED, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NIKKI GIAVASIS, individually and on behalf of all others similarly situated,

                            Plaintiff(s),

v.

DENT-A-MED, INC. d/b/a HC PROCESSING CENTER,

                            Defendant(s).

CASE NUMBER:
2:16-cv-02284-R-AFM

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Defendant DENT-A-MED, INC. d/b/a HC PROCESSING CENTER, or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| NIKKI GIAVASIS, | Plaintiff |
| DENT-A-MED, INC. d/b/a HC PROCESSING CENTER, | Defendant |

May 17, 2016
Date

Signature: *Joshua Briones* (signed)
Joshua Briones

Attorney of record for (or name of party appearing in pro per):
Defendant DENT-A-MED, INC. d/b/a HC PROCESSING CENTER


American LegalNet, Inc.
www.FormsWorkFlow.com

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2029 Century Park East, Suite 1370, Los Angeles, California 90067.

I hereby certify that on May 17, 2016, the foregoing document(s):

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

was/were electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF registered party(ies):

> Todd M. Friedman
> Meghan E. George
> Adrian R. Bacon
> Law Offices of Todd M Friedman PC
> 324 South Beverly Drive Suite 725
> Beverly Hills, CA 90212
> Phone:  877-206-4741
> Fax: 866-633-0228
> Email: tfriedman@toddflaw.com
> mgeorge@toddflaw.com
> abacon@toddflaw.com
>
> *Attorneys for Plaintiff Nikki Giavasis*

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 17, 2016, at Los Angeles, California.

_____
JAZMIN LEON

47993807v.1